**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

CECILY SMOLDT,

                Plaintiff,           CIVIL NO.: 10-CV-3276 JNE/SRN

v.

                                             **NOTICE OF VOLUNTARY**

CREDEX AMERICA, INC.,

                                             **DISMISSAL WITH PREJUDICE**

                Defendant.

_____

      **NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                             MARTINEAU, GONKO & VAVRECK, PLLC

Dated: August 26, 2010          s/ Mark L. Vavreck                     .
                                            Mark L. Vavreck, Esq.
                                            Attorney I.D.#0318619
                                            Attorney for Plaintiff
                                            Designers Guild Building
                                            401 North Third Street, Suite 600
                                            Minneapolis, MN 55401
                                            Telephone: (612) 659-9500
                                            Facsimile:  (612) 659-9220